# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# GREENVILLE DIVISION

| | | |
|---|---|---|
| Gwendolyn Norwood, | ) | C.A. No.: 6:16-cv-03643-MGL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION FOR EXTENSION OF TIME** |
| | ) | |
| Sun Life Assurance Company of Canada, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to June 5, 2017. The parties have advised the court that mediation was scheduled for Monday, April 24, 2017, but due to unforeseen circumstances the mediation needs to be rescheduled. Accordingly, the parties have asked for the mediation deadline to be moved to June 5, 2017 and that the deadline to file the joint stipulation and the parties' respective memoranda to be moved to July 7, 2017. For good cause shown, the court does believe that an extension of time within which to mediate and to file a joint stipulation and supporting memoranda pursuant to the court's Specialized Case Management Order is warranted. Therefore, the court hereby extends the deadline by which the parties must mediate to June 5, 2017 and to file a joint stipulation and the parties' respective memoranda in the matter *sub judice* to July 7, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate by June 5, 2017 and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management

order in the matter *sub judice* is hereby extended until July 7, 2017. In all other regards, the parties shall comply with the Specialized Case Management Order.

**AND, IT IS SO ORDERED.**

                                            s/Mary Geiger Lewis
                                          The Honorable Mary Geiger Lewis
                                          United States District Judge

April 24, 2017
Columbia, South Carolina